**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000491**
**05-MAR-2024**
**07:55 AM**
**Dkt. 35 ODSD**

NO. CAAP-23-0000491

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

E.W., Plaintiff-Appellant, v.
A.W., Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(CASE NO. 5DV211000135)

ORDER DISMISSING APPEAL
(By:  Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before February 8, 2024;

(2) Self-represented Plaintiff-Appellant E.W. failed to file either document;

(3) On February 13, 2024, the appellate clerk entered a default notice informing E.W. that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on February 23, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and E.W. could request relief from default by motion; and

(4) E.W. has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, March 5, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge